In re Tidewater Enterprises, Inc., Tidewater, Inc., Zapata Gulf Marine Operators, Inc., Zapata Gulf Marine Service Corp. Jackson Marine Corp., Gulf Fleet Supply Vessels, Inc., Tdewater Vessels, Inc., General Electric Capital Corp. and Monteo, Inc. Plaintiffs); applying for writ of certiorari and/or review to the Court of Appeal, Third Circuit, Nos. 94-1508, 94R1509, 94-1510, 94-1511, 94-1512, 94^1513 and 94-1514; Parish of Cameron, 38th Judicial District Court, Nos. 10-11731, 10-11331, 10-11332, 10-11700, 10-13241,10-12119 and 10-13572.
Granted.